IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN A. REED, | ) | Case No. 1:22-cv-05804 |
| | ) | |
| Plaintiff, | ) | Judge: Hon. Mary A. Rowland |
| | ) | |
| v. | ) | Magistrate Judge: Hon. Gabriel A. Fuentes |
| | ) | |
| COLLECTORS UNIVERSE, INC., | ) | |
| d/b/a Professional Sports Authenticator, | ) | |
| MICHAEL S. GUTIERREZ, and | ) | |
| JAMES J. SPENCE, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF JOHN A. REED, DEFENDANT COLLECTORS UNIVERSE, INC., d/b/a PROFESSIONAL SPORTS AUTHENTICATOR, AND DEFENDANT JAMES J. SPENCE'S STATUS REPORT ON SETTLEMENT**

Plaintiff John A. Reed, Defendant Collectors Universe, Inc., d/b/a Professional Sports Authenticator, and Defendant James J. Spence, pursuant to this Court's February 21, 2023 Order requiring the Parties to "file a stipulation to dismiss or status report on settlement" by May 3, 2023 (dkt. 38), hereby respectfully provide the Court with the following status report on the Parties' settlement:

1. As of April 26, 2023, all Parties have executed a settlement agreement that contemplates resolving this case in its entirety and a dismissal with prejudice as to all claims.

2. Pending completion of certain requirements under the settlement agreement, the Parties expect that a stipulation of dismissal with prejudice will be filed in the next 30 days.

3. Accordingly, on or before June 1, 2023, Plaintiff will file the stipulation of dismissal with prejudice, or the Parties will provide the Court with an additional status report on the settlement, and the Parties request that all deadlines be stayed in the interim.

1

Dated: May 3, 2023　　　　　　　　　　　　Respectfully submitted,

*/s/ Thomas W. Toolis*　　　　　　　　　　　*/s/ Sarah E. Finch*
**THOMAS W. TOOLIS**　　　　　　　　　　**SARAH E. FINCH**
Illinois Bar No. 6270743　　　　　　　　　　Illinois Bar No. 6312797
E-mail: twt@jtlawllc.com　　　　　　　　　E-mail: sfinch@rshc-law.com
**FRANKFORT LAW GROUP**　　　　　　**RILEY SAFER HOLMES & CANCILA LLP**
10075 West Lincoln Highway　　　　　　　70 West Madison Street, Suite 2900
Frankfort, Illinois 60423　　　　　　　　　　Chicago, Illinois 60602
Telephone: (708) 349-9333　　　　　　　　Telephone: (312) 471-8700
Fax: (708) 349-8333　　　　　　　　　　　Fax: (312) 471-8701

*Counsel for Plaintiff John A. Reed*　　　　　**JONATHAN D. PARENTE**
　　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　E-mail: Jonathan.Parente@alston.com
　　　　　　　　　　　　　　　　　　　　　**AMANDA M. WAIDE**
　　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　E-mail: Amanda.Waide@alston.com
　　　　　　　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　　　　　　　One Atlantic Center
　　　　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　　　　　Telephone: (404) 881-7000
　　　　　　　　　　　　　　　　　　　　　Fax: (404) 881-7777

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Collectors Universe, Inc.*
　　　　　　　　　　　　　　　　　　　　　*d/b/a Professional Sports Authenticator*


　　　　　　　　　　　　　　　　　　　　　*/s/ John C. Martin*
　　　　　　　　　　　　　　　　　　　　　**JOHN C. MARTIN**
　　　　　　　　　　　　　　　　　　　　　Illinois Bar No. 6225557
　　　　　　　　　　　　　　　　　　　　　E-Mail: jmartin@raineslaw.com
　　　　　　　　　　　　　　　　　　　　　**DAVID M. MADDEN**
　　　　　　　　　　　　　　　　　　　　　Illinois Bar No. 6280517
　　　　　　　　　　　　　　　　　　　　　E-mail: dmadden@raineslaw.com
　　　　　　　　　　　　　　　　　　　　　**RAINES FELDMAN LLP**
　　　　　　　　　　　　　　　　　　　　　30 North LaSalle Street, Suite 3100
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 704-9400

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant James J. Spence*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, I electronically filed the foregoing *Plaintiff John A. Reed, Defendant Collectors Universe, Inc., d/b/a Professional Sports Authenticator, and Defendant James J. Spence's Status Report on Settlement* using the Court's CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Sarah E. Finch*
**SARAH E. FINCH**