UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John A. Reed
                              Plaintiff,

v.                                               Case No.: 1:22−cv−05804
                                                         Honorable Mary M. Rowland

Collector's Universe, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Stipulation to Dismiss [41], this matter is dismissed, as to all parties and all claims, with prejudice. Each party to bear its own fees and costs. Any pending deadlines are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.